UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN NEVAREZ,<br><br>                      Petitioner,<br><br>v.<br><br>ROD GODWIN, Warden, et al.,<br><br>                      Respondents. | Case No. 21cv1040 MMA (RBM)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION;**<br><br>[Doc. No. 2]<br><br>**DISMISSING ACTION WITHOUT PREJUDICE** |

      Petitioner, a state prisoner proceeding *pro se*, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, along with a request to proceed *in forma pauperis*. *See* Doc. Nos. 1-2. The certified statement of recent account activity accompanying the request to proceed in forma pauperis reflects a $9.25 balance in Petitioner's inmate trust account. *See* Doc. No. 2 at 6-7. The filing fee associated with this type of action is $5.00. *See* 28 U.S.C. § 1914(a).

1

Because it appears Petitioner can pay the requisite filing fee, the Court **DENIES** Petitioner's request to proceed in forma pauperis and **DISMISSES** this habeas action without prejudice. To have the case reopened, Petitioner must submit a copy of this Order along with either: (1) the $5.00 filing fee or (2) adequate proof of his inability to do so, on or before **August 2, 2021**.

**IT IS SO ORDERED.**

DATE: June 3, 2021

HON. MICHAEL M. ANELLO
United States District Judge